IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DONALD RUCKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 105-177 |
| | ) |
| STATE OF GEORGIA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion for "protective order" (doc. no. 11-1) is summarily **DENIED** as frivolous.

SO ORDERED this 13 day of April, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE