ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

2006 AUG 14 PM 3:13

CLERK b/McCarthy
SO. DIST. OF GA.

| | |
|---|---|
| DONALD RUCKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 105-177 |
| ) | |
| STATE OF GEORGIA, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Reports and Recommendations to which no objections have been filed. (Doc. nos. 18 & 22.) The Magistrate Judge recommended that this action be dismissed for failure to state a claim upon which relief may be granted and that Plaintiff's motions for preliminary injunctive relief be denied. (See doc. nos. 18 & 22.) Rather than filing objections, Plaintiff has filed a motion to reconsider the Magistrate Judge's Order of July 12, 2006 denying Plaintiff leave to amend his complaint. (Doc. no. 28.)

Of note, the Magistrate Judge denied Plaintiff leave to amend because: 1) the motion was untimely; and 2) Plaintiff had not explained the substance of his proposed amendment. (See doc. no. 27.) In his motion for reconsideration, Plaintiff once again fails to provide the substance of any

proposed amendment. Furthermore, given that this case has been pending for nearly a year, Plaintiff has had ample opportunity to amend his complaint to state a viable claim.

Consequently, Plaintiff's motion for reconsideration (doc. no. 28) is **DENIED**. Similarly, Plaintiff has not shown that any portion of the Magistrate Judge's Reports and Recommendations, with which I concur, are erroneous. Accordingly, I **ADOPT** both Reports and Recommendations as my own opinions regarding the matter. This case is **DISMISSED** for failure to state a claim, and Plaintiff's motions for preliminary injunctive relief are **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE